**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MARTINEZ JR., | ) NO. ED CV 18-0376-RGK(E) |
| Plaintiff, | ) |
| v. | ) ORDER RE VOLUNTARY DISMISSAL |
| DEPUTY JAIME ANTHONY PLYMESSER, ET AL., | ) |
| Defendants. | ) |

On March 9, 2018, Plaintiff filed "Plaintiff[']s Motion for Voluntary Dismissal Per Rule 41(a)(1)(B)" ("the Motion"). The Motion seeks a dismissal of the action and indicates that the matter will be pursued in state court.

The Court construes the Motion as a notice of voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Rule 41(a) permits a plaintiff to dismiss an action voluntarily, without court order, by filing a notice of dismissal at any time before service by an adverse party of an answer or a motion for summary judgment. No defendant has filed any answer or motion

for summary judgment in this action.  Therefore, under Rule 41(a)(1), the action is deemed dismissed by operation of law.  See <u>Commercial Space Management Co. v. Boeing Co.</u>, 193 F.3d 1074, 1078 (9th Cir. 1999) ("it is beyond debate that a dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it").  This dismissal is without prejudice.  <u>See</u> Fed. R. Civ. P. 41(a).

DATED: March 13, 2018.

*[signature: Gary Klausner]*

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

PRESENTED this 12th day of March, 2018, by:

_____/s/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE